UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Plaintiff Secure Signal Inc. and National Satellite Sports Inc.

-v-

Defendant Kleinman, Saltzman & Bolnick, PC and Gary M. Bolnick, Esq.

Case No. 08 CIV. 1937

Rule 7.1 Statement

JUDGE KARAS

FILED
2008 FEB 27 A 10:01
S.D. OF N.Y. W.P.
U.S. DISTRICT COURT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None

USDC SDNY
DOCUMENT
ELECTRONICALLY F
DOC #: _____
DATE FILED: _____

Date: February 21, 2008

Signature of Attorney
Richard A. Klass
Attorney Bar Code: RK-9477

Form Rule7_1.pdf