| | |
|---|---|
| COUNTY OF | INDEX NO: 08civ 1937 |
| UNITED STATES DISTRICT COURT | FILED ON: |
| | DISTRICT: Southern/NY |

*Secure Signal Inc a Florida Corporation, et. ano,*

vs                                                                                       Plaintiff(s)

*Kleinman, Saltzman & Bolonick P.C., et. ano.*

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

**AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE**

_____Shayne Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ____March 5, 2008____, at __10:50am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed ____Summons in a Civil Action and Complaint____, on ____Kleinman, Saltzman & Bolonick P.C____,

Defendant in this action, by delivering to and leaving with ____Carol Vogt____, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

☐ Service was completed by mailing notice of such service and one (1) true copy thereof by      ☐ Registered or
☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
to said defendant at: _____

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __47 years__   Approx. weight: __110 lbs.__   Approx. Ht.: __5' 1"__

Sex: __Female__   Color of skin: __White__   Color of hair: __Brown__   Other: _____

Sworn to before me on ____March 6, 2008____

_____
MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

_____
Shayne Collen

Invoice•Work Order # 0801715