UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

SECURE SIGNAL, INC. a Florida
Corporation, and NATIONAL SATELLITE
SPORTS, INC., a Florida Corporation

                *Plaintiffs,*

   -against-

KLEINMAN, SALTZMAN & BOLNICK P.C.,
A New York Professional Corporation; and
GARY M. BOLNICK, Esq., a citizen of the
State of New York

                *Defendants.*
-------------------------------------------------------------------- x

**Case No.: 08 Civ. 1937**

**NOTICE OF APPEARANCE**

Defendants, KLEINMAN, SALTZMAN & BOLNICK P.C. and GARY M. BOLNICK, ESQ., through their attorneys KAUFMAN BORGEEST & RYAN LLP, hereby appear in the above-entitled action.

Dated: New York, New York
       March 24, 2008

                Yours, etc.,

                KAUFMAN BORGEEST & RYAN LLP

                By: _____
                Andrew S. Kowlowitz, Esq.
                Attorneys for Defendants
                KLEINMAN, SALTZMAN & BOLNICK, P.C.
                and GARY M. BOLNICK, ESQ.
                99 Park Avenue, 19th Floor
                New York, New York 10019
                Telephone No.: (212) 980-9600
                Facsimile: (212) 980-9261
                E-Mail: akowlowitz@kbrlaw.com
                Our File No. 217.121

TO:  Richard A. Klass, Esq.
     Attorneys for Plaintiffs
     SECURE SIGNAL, INC. and
     NAT'L. SATELLITE SPORTS, INC.
     16 Court Street
     Brooklyn, New York 11241
     (718) 643-6063