## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing: **NOTICE OF APPEARANCE** was served via regular mail on the 24th day of March 2008 upon:

Richard A. Klass, Esq.
Attorneys for Plaintiffs
SECURE SIGNAL, INC. and
NAT'L. SATELLITE SPORTS, INC.
16 Court Street
Brooklyn, New York 11241
(718) 643-6063

_____
Andrew S. Kowlowitz