FROM : RICHARD KLASS          FAX NO. : 7186439788          Mar. 24 2008 10:20AM P2

MAR-21-2008 08:16   KAUFMAN BORGEEST & RYAN          212 980 9291

Karas, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

SECURE SIGNAL, INC. a Florida
Corporation, and NATIONAL SATELLITE
SPORTS, INC., a Florida Corporation

          Plaintiffs,

-against-

KLEINMAN, SALTZMAN & BOLNICK P.C.,
A New York Professional Corporation; and
GARY M. BOLNICK, Esq., a citizen of the
State of New York

          Defendants.
------------------------------------------------------------- x

Case No.: 08 Civ. 1937 (KMK)

STIPULATION

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties herein, that the time for Defendants KLEINMAN, SALTZMAN & BOLNICK, P.C. and GARY M. BOLNICK, Esq. to respond to the Plaintiffs' Complaint is hereby extended up to and including April 21, 2008.

IT IS FURTHER STIPULATED AND AGREED that fax signatures shall be deemed originals for the purposes of this Stipulation.

Dated: New York, New York
      March 21, 2008

By: _____
Kaufman Borgeest & Ryan LLP
Andrew S. Kowlowitz, Esq.
Attorneys for Defendants,
KLEIN, SALTZMAN & BOLNICK, P.C.
and GARY M. BOLNICK
99 Park Avenue, 19th Floor
New York, New York 10016
(212) 980-9600

By: _____
Richard A. Klass, Esq.   RK-9477
Attorneys for Plaintiffs
SECURE SIGNAL, INC. and
NAT'L. SATELLITE SPORTS, INC.
16 Court Street
Brooklyn, New York 11241
(718) 643-6063

So ORDERED:

_____
U.S.D.J.

DATED: 3/25/08

TOTAL P.02