Apr. 7. 2008 2:17PM  kleinman saltzman bolnick  No. 6520  P. 2
03/21/08 FRI 09:22 FAX 5614825414  SECURE SIGNAL  ☒028
Case 7:08-cv-01937-KMK  Document 8  Filed 04/07/2008  Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

CASE NUMBER 08-CIV-1937
JUDGE KARAS

SECURE SIGNAL, INC., a Florida
corporation, and NATIONAL SATELLITE
SPORTS, INC., a Florida corporation,

        Plaintiffs,
vs.

KLEINMAN, SALTZMAN & BOLNICK P.C.,
A New York professional corporation;
And GARY M. BOLNICK, Esq., a citizen of
The State of New York,

        Defendants.
_____/

## PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs, Secure Signal, Inc. and National Satellite Sports, Inc., ("Plaintiffs"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby file this Notice of Voluntary Dismissal With Prejudice of their action against Defendants, Kleinman, Saltzman & Bolnick P.C. and Garry M. Bolnick and state:

    1.    The parties have settled all claims brought by the Plaintiffs in this action.

    2.    Fed. R. Civ. P. 41(a)(1)(i) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time

Apr. 7. 2008 2:17PM    kleinman saltzman bolnick                                    No. 0520   P. 3
03/21/08   FRI 09:22 FAX 5614825414
Case 7:08-cv-01937-KMK    Document 2    Filed 04/07/2008    Page 2 of 2
SIGNATURE SIGNED 04/07                                                              ☒029

before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs ....'

3. Plaintiffs filed a Complaint on February 27, 2008. Defendants have not answered or moved for summary judgment against the Complaint.

4. Plaintiffs therefore provide notice that they hereby dismiss this action with prejudice, with each party bearing its own attorneys' fees and costs.

DATED this 31 of March 2008.

Respectfully submitted,

Richard A. Klass, Esq.
Attorney for Plaintiffs
16 Court Street
Brooklyn, NY 11241
Tel: (718) 643-6063

By: _____
Richard A. Klass, Esq.

Marcus W. Corwin, P.A.
Attorney for Plaintiffs
1515 South Federal Highway, Ste. 211
Boca Raton, FL 33432
Tel: (561) 482-3636
Fax: (561) 482-5414

By: _____
Marcus W. Corwin, Esq.
Florida Bar Number 0764647