Apr. 7. 2008 2:17PM   kleinman saltzman bolnick   No. 6520   P. 2
03/21/08 FRI 09:22 FAX 5614825414   SECURE SIGNAL, INC.   @028

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION

CASE NUMBER 08-CIV-1937
JUDGE KARAS

SECURE SIGNAL, INC., a Florida
corporation, and NATIONAL SATELLITE
SPORTS, INC., a Florida corporation,

    Plaintiffs,
vs.

KLEINMAN, SALTZMAN & BOLNICK P.C.,
A New York professional corporation;
And GARY M. BOLNICK, Esq., a citizen of
The State of New York,

    Defendants.
_____/

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

## PLAINTIFFS' NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiffs, Secure Signal, Inc. and National Satellite Sports, Inc., ("Plaintiffs"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1), hereby file this Notice of Voluntary Dismissal With Prejudice of their action against Defendants, Kleinman, Saltzman & Bolnick P.C. and Garry M. Bolnick and state:

1. The parties have settled all claims brought by the Plaintiffs in this action.

2. Fed. R. Civ. P. 41(a)(1)(i) provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time

FROM :   FAX NO. :4356495122   Mar. 21 2008 07:31AM P18/22

Apr. 7. 2008 2:17PM    kleinman saltzman bolnick                     No. 0520   P. 3
03/21/08 FRI 09:22 FAX 5614825414         SECURE SIGNAL, INC.                            @028

before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs...."

    3.    Plaintiffs filed a Complaint on February 27, 2008. Defendants have not answered or moved for summary judgment against the Complaint.

    4.    Plaintiffs therefore provide notice that they hereby dismiss this action with prejudice, with each party bearing its own attorneys' fees and costs.

DATED this 31 of March 2008.

                                                  Respectfully submitted,

| | |
|---|---|
| Richard A. Klass, Esq.<br>Attorney for Plaintiffs<br>16 Court Street<br>Brooklyn, NY 11241<br>Tel: (718) 643-6063<br><br>By: _____<br>Richard A. Klass, Esq. | Marcus W. Corwin, P.A.<br>Attorney for Plaintiffs<br>1515 South Federal Highway, Ste. 211<br>Boca Raton, FL 33432<br>Tel: (561) 482-3636<br>Fax: (561) 482-5414<br><br>By: _____<br>Marcus W. Corwin, Esq.<br>Florida Bar Number 0764647 |

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.

FROM :                      FAX NO. :4356492122                Mar. 21 2008 07:31AM P19/22